

The Law Offices of
ROBERT S. GITMEID & ASSOC., PLLC

July 16, 2020

**VIA ECF**

The Honorable Lorna G. Schofield

**Re: Kathy Sberna v. Capital One Bank (USA), National Association, TransUnion, LLC, and Equifax Information Services, LLC, Case No. 1:20-cv-03840-LGS**

Dear Hon. Lorna G. Schofield,

    Please allow this letter to serve as Plaintiff's request to adjourn the initial pretrial conference scheduled for the above-referenced matter. The current date of the conference is July 30, 2020 at 11:00 AM. This is the first request to adjourn the conference.

    Plaintiff's counsel requests an adjournment because defendants have not yet been *formally* served. Plaintiff and Defendant Equifax Information Services, LLC have recently settled the instant matter in principle. Further, Plaintiff and Capital One have discussed settlement, but Capital One has yet to respond to Plaintiff's request to waive service. Plaintiff will be serving the remaining defendants imminently.

    For the foregoing, we respectfully request an adjournment to any time convenient to the Court. Plaintiff will inform all parties of the new date and time of the conference, should your honor grant our request for adjournment.

Application GRANTED. The initial conference currently scheduled for July 30, 2020, is hereby extended to August 13, 2020. All relevant deadlines contained in the June 8, 2020, Order still apply (Dkt. No. 3). Plaintiff shall file proof of service as to all Defendants by July 24, 2020. Defendant TransUnion, LLC shall appear as soon as practicable, but no later than July 29, 2020. Plaintiff shall serve a copy of this Order on all Defendants and file proof of service by July 21, 2020. SO ORDERED.
Dated: July 17, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

/s/ Kenny G. Oh
Kenny G. Oh, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
Fax: (877) 366-4747
kenny.o@gitmeidlaw.com
*Attorneys for Plaintiff*