UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KATHY SBERNA,

                              Plaintiff,

                  -against-

CAPITAL ONE BANK (USA), N.A., et al.,

                             Defendants.
------------------------------------------------------------X

20 Civ. 3840 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the initial pretrial conference in this matter is scheduled for August 13, 2020 (Dkt. Nos. 3, 8);

WHEREAS no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. Nos. 18, 19). It is hereby

**ORDERED** that the August 13, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances and that this order **does not** stay or prolong discovery for the purpose of settlement discussions. It is further

**ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED** that the parties shall file a letter by **August 11, 2020**, stating whether they wish to be referred to the Magistrate Judge or Court-annexed Mediation Program for settlement discussions.

Dated: August 7, 2020
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**