UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
KATHY SBERNA,                                 :
                              Plaintiff,      :
                                              :     20 Civ. 3840 (LGS)
              -against-                       :
                                              :     ORDER
CAPITAL ONE BANK (USA), N.A., et al.,         :
                              Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 17, 2020, Plaintiff filed an affidavit of service stating that Defendant Capital One Bank (USA), N.A. ("Defendant Capital One") was served on July 16, 2020, and that its answer was due by August 6, 2020 (Dkt. No. 9);

WHEREAS Defendant Capital One did not file an answer or otherwise respond by August 6, 2020.  It is hereby

**ORDERED** that Defendant Capital One shall answer or otherwise respond to the Complaint by **August 12, 2020**, or file a letter explaining the delay.  Defendant Capital One is reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: August 10, 2020
       New York, New York

                                                            _____
                                                            **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**