UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KATHY SBERNA,

                      Plaintiff,

                      20 Civ. 3840 (LGS)

             -against-

                      ORDER

CAPITAL ONE BANK (USA), N.A.,
TRANSUNION, LLC and EQUIFAX
INFORMATION SERVICES, LLC,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      WHEREAS, Plaintiff and Defendant Equifax Information Services, LLC previously reached a settlement in this case (Dkt. No. 5).

      WHEREAS, the Court has been informed that Plaintiff has reached agreements in principle with remaining Defendants Capital One Bank, N.A. and TransUnion, LLC (Dkt. Nos. 33, 34). Accordingly, it is hereby

      **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: September 14, 2020
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE